■ ROBERT CIURZYNSKI, Appellant, v W.W. GRIFFITH OIL Co., INC., Respondent. [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decisions at Supreme Court, Feeman, Jr., J. (Appeal from Order of Supreme Court, Wyoming County, Feeman, Jr., J.—Discovery.) Present—Green, J. P., Lawton, Hayes, Balio and Boehm, JJ.